JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIS K. ALLEN, et al., | CV 25-7280 PA (PDx) |
| Plaintiffs, | JUDGMENT OF DISMISSAL |
| v. | |
| INTUIT, INC. et al., | |
| Defendants. | |

Pursuant to the Court's May 21, 2026 Order dismissing without leave to amend the federal Fair Credit Reporting Act and Racketeer Influenced and Corrupt Organizations Act claims asserted by plaintiffs Alexis K. Allen and Joshua E. Ross (jointly "Plaintiffs") against defendants Intuit Inc. and Credit Karma, LLC (collectively "Defendants"), and declining to exercise supplemental jurisdiction over Plaintiffs' remaining state law claims;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. Plaintiff's Fair Credit Reporting Act and Racketeer Influenced and Corrupt Organizations Act claims are dismissed with prejudice, and judgment is entered in favor of Defendants;

2.       The Court declines to exercise supplemental jurisdiction over Plaintiff's remaining state law claims, and those claim are dismissed without prejudice.  See 28 U.S.C. § 1367(c)(3); and

3.       Plaintiff shall take nothing on its Fair Credit Reporting Act and Racketeer Influenced and Corrupt Organizations Act claims, and Defendants shall recover their costs of suit.

IT IS SO ORDERED.

DATED: May 21, 2026                         _____

Percy Anderson
UNITED STATES DISTRICT JUDGE

-2-